UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22685-CIV-TORRES

BERTA JACKELINE MONCADA
BARILLAS,

    Plaintiff,

vs.

V & R SERVICE, INC. a/k/a V & R
HOME CARE, DROISE VALDES, and
CARIDAD M. GONZALEZ,

    Defendants.
_____/

## AMENDED FINAL JUDGMENT

This matter is before the Court following a jury trial conducted in the case, the entry of a Special Verdict on July 3, 2012 [D.E. 45], and several post-trial motions including Defendants' Motion for New Trial or, Alternatively, to Alter/Amend Judgment as Pertinent to Defendant Caridad M. Gonzalez [D.E. 52], Plaintiff's Motion for Liquidated Damages [D.E. 51], and Plaintiff's Motion for Attorneys Fees and Costs [D.E. 53]. Pursuant to Fed. R. Civ. P. 58, the Court having reviewed the record, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED**:

    1.    The Court's original Final Judgment [D.E. 50] is **VACATED** and superseded through entry of this Amended Final Judgment.

    2.    Final Judgment is entered in favor of Plaintiff Berta Jackeline Moncada Barillas in the amount of ONE HUNDRED FORTY FIVE THOUSAND THREE

HUNDRED AND FIFTY SIX AND 00/100 ($145,356.00) plus post-judgment interest at 0.16% per annum, against Defendants V&R Service, Inc. d/b/a V&R Home Care and Droise Valdes, jointly and severally, for which sum let execution issue.

2. Final Judgment for Attorneys Fees and Costs is entered in favor of Plaintiff Berta Jackeline Moncada Barillas in the amount of FIFTY THOUSAND EIGHT HUNDRED AND TWENTY SIX AND 40/100 ($50,826.40) plus post-judgment interest at 0.16% per annum, against Defendants V&R Service, Inc. d/b/a V&R Home Care and Droise Valdes, jointly and severally, for which sum let execution issue.

3. This action remains CLOSED but with jurisdiction reserved for any matters timely raised under the Federal Rules of Civil Procedure. The enforcement of this Judgment is subject to any automatic stays imposed by the Local Rules of the Southern District of Florida and Fed. R. Civ. P. 62.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of October, 2013.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge