UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-22685-CIV- TORRES

[CONSENT CASE]

BERTA JACKELINE MONCADA BARILLAS,

      Plaintiff,

v.

V&R SERVICE INC. D/B/A V & R HOME CARE, DROISE VALDES, and CARIDAD M. GONZALEZ

      Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEPOSITIONS, IN AID OF EXECUTION ON FINAL JUDGMENT, OF DEFENDANT DROISE VALDES AND THE 30(B)(6) REPRESENTATIVE FOR DEFENDANT V&R SERVICE INC. D/B/A V & R HOME CARE**

This matter is before the Court on Plaintiff's Motion to Compel Depositions, in Aid of Execution of Final Judgment, [D.E. 73], to which no timely response in opposition was filed.[1] Hence the motion may be granted by default under S.D. Fla. Local R. 7.1. In addition, upon reviewing the merits of the motion and the supporting record, it is ORDERED and ADJUDGED that Plaintiff's Motion is hereby granted as follows:

---

[1] The automatic stay following the filing of bankruptcy by the Defendants has expired upon the dismissal of the bankruptcy proceeding.

a. The Corporate Representative of Defendant V&R Service Inc. D/B/A V & R Home Care, as well as individual Defendant Droise Valdes, Shall Appear For Deposition At Plaintiff's Counsel's Office Within (20) Days Of This Order. Defendants are ORDERED to contact counsel's office upon receipt of this Order to make arrangements for the taking of their depositions.

b. Defendants V&R Service Inc. D/B/A V & R Home Care And Defendant Droise Valdes, Shall Jointly And Severally Pay All Fees And Costs Accrued In Connection With Plaintiff's Motion And Defendants' Failure To Appear, And Plaintiff Has (60) Days From This Order To File A Motion To Enforce Quantifying Same. *No fees shall be awarded, however, if Defendants cure their earlier failure to appear in compliance with this Order. If Defendants fail to comply with this Order, however, all fees that preceded the filing of the motion as well as any fees incurred for additional motions for contempt as a means of enforcing the Court's Order shall be assessed.*

c. The failure to comply with this Order may result in entry of additional sanctions under Fed. R. Civ. P. 37 as well as the Court's inherent power. That may include the Court finding Defendants in contempt of Court as well as any other Order necessary to enforce the Court's jurisdiction.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of March, 2018.

_____
**EDWIN G. TORRES**
**UNITED STATES MAGISTRATE JUDGE**

Copies to: **Defendants (through service by Plaintiff as the Court directs Plaintiff to serve Defendants at their last known address)**

**Counsel of Record**