UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-Civ-22685-TORRES

BERTA JACKELINE
MONCADA BARILLAS,

    Plaintiff,

v.

V&R SERVICE INC.,
DROISE VALDES, and
CARIDAD M. GONZALEZ,

    Defendants.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR FEES AND COSTS

This matter is before the Court following entry of an Order of Amended Final Judgment in favor of Moncada Barillas ("Plaintiff") against V&R Services Inc., Droise Valdes, and Caridad M. Gonzalez (collectively, "Defendants") in the amount of $145,356.00 and $50,826.40 for attorney's fees and costs. [D.E. 56]. On April 25, 2018, Plaintiff filed the underlying motion for fees and costs in execution of the Court's final judgment. [D.E. 78]. No response was filed in opposition and the time to do so has passed. Therefore, Plaintiff's motion is ripe for disposition. Based upon the record presented, Plaintiff's motion for fees and costs is **GRANTED in part** and **DENIED in part**.

On February 13, 2018, Plaintiff served Defendants with a subpoena for a deposition in aid of execution of the Court's final judgment with the deposition

scheduled to occur on March 5, 2018. The purpose of the deposition was to determine the financial status of Defendants in relation to collection proceedings. Plaintiff arranged for a court reporter and a translator to be in attendance. Plaintiff also incurred fees as her attorneys prepared for the deposition. However, Defendants failed to appear, resulting in wasted attorney time, service of subpoenas, and costs associated with a court reporter and translator.

The motion for fees and costs may be granted by default under S.D. Fla. Local R. 7.1. However, the Court's independent review of the substantive grounds supporting the motion shows that Plaintiff should *not* be entitled to the total amount sought. The Court finds, instead, that process server costs should be reduced to $65 apiece. Costs for private service of process are recoverable to the extent they do not exceed the statutory fees that the United States Marshals Service may collect pursuant to 28 U.S.C. § 1921. *See* 28 U.S.C. §§ 1920(1), 1921; *E.E.O.C. v. W&O, Inc.*, 213 F.3d 600, 624 (11th Cir. 2000). The current statutorily authorized fees for 28 U.S.C. § 1921 are set forth in 28 C.F.R. § 0.114, which provides that the U.S. Marshals Service may collect $65.00 per hour for service of process, plus travel costs and any other out-of-pocket expenses. 28 C.F.R. § 0.114(a)(3). Therefore, Plaintiff can recover no more than $65.00 for the service of each subpoena pursuant to 18 U.S.C. § 1920.

As for the remaining fees and costs sought in Plaintiff's motion, we find that the hourly rate, number of hours expended, and the costs for the court reporter and translator were all reasonable in preparation for Defendants' deposition.

Accordingly, Plaintiff's motion for fees and costs is **GRANTED in part** and **DENIED in part**. Plaintiff is awarded $602.50 in costs and $2,917.50 in attorneys' fees – resulting in a total award of $3,520.00.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of May, 2018.

*/s/ Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge
